UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL BERGANTINO,**

    **Plaintiff,**

v.                                                                                  Case No: 8:22-cv-619-MSS-JSS

**RANDAL CODY GAINES and IRA L. BEUMER,**

    **Defendants.**

_____

### ORDER OF DISMISSAL

Upon consideration of the Parties' Notice of Resolution and Joint Stipulation of Dismissal with Prejudice, (Dkt. 21), and pursuant to FED. R. CIV. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida this 25th day of April 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party